IN U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARIA DELANEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-CV-00213-DRH-DGW |
| | ) | |
| MARTIN & BAYLEY, INC. | ) | |
| | ) | Request Trial by Jury |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff Maria Delaney's Motion for voluntary dismissal (Doc. 5).  On December 9, 2010, the Court entered an Order instructing Plaintiff that she had failed to effectuate service on Defendant and that her case would be dismissed for failure to prosecute if she did not effectuate service by January 10, 2011 (Doc. 4).  In response, Plaintiff filed the instant motion for voluntary dismissal (Doc. 5) stating that the matter had been referred to and was under arbitration with the American Arbitration Association.  The Court, on Plaintiff's Motion for Voluntary Dismissal, **ACKNOWLEDGES** this motion for voluntary dismissal (Doc. 5) and **DISMISSES without prejudice** the same with the case having been referred to arbitration.

Entered this 14th day of December, 2010.

David R. Herndon
2010.12.14
05:43:32 -06'00'

United States District Court Judge